| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 12/12/08/sg | |

M-08-6493-M & M-09-2388-M

__McALLEN__ Division  CR. No. __M-08-1751-S1__

INDICTMENT filed: December 16, 2008
**SUPERSEDING INDICTMENT** Filed: May 6, 2008   Judge: __RANDY CRANE__
County: Hidalgo
Lions #: **2008R29228**                          Attorneys:
UNITED STATES OF AMERICA                TIM JOHNSON, ACTING U.S. ATTORNEY

v.                                       ROBERT WELLS, JR., ASST. U.S. ATTORNEY

ANGELO RAUL HERNANDEZ, JR --WARRANT--     Cts. 1-7
also known as Comandante Vaquero
HUGO NEGRETE -- WARRANT--                 Cts. 1-3, & 5
also known as Bocinas
JOSE ALBERTO RODRIGUEZ --WARRANT--        Cts. 1-3, 5, & 7
also known as Polo
DANIEL CAVAZOS-REYES                      Cts. 1, 4, & 6   Marcus C. Barrera, Apt'd -287-7555
*Custody: 11/14/08*
LUIS ALBERTO AVILA-HERNANDEZ              Cts. 1 & 4       Jose Luis Ramos, Ret'd, 227-0493
also known as Cua Cua
*Custody: 04/17/09*
JOSE ANTONIO CASTILLO --WARRANT--         Cts. 1 & 7
also known as Pee Wee

Charge(s):   Ct. 1:      Conspiracy to Kidnap
                         Title 18, United States Code, Sections 1201(c).
             Cts. 2-4:   Kidnapping.
                         Title 18, United States Code, Sections 1201(a)(1) and 2.
             Cts. 5-7:   Hostage taking.
                         Title 18, United States Code, Sections 1203(a) and 2.

Total
Counts
(7)

Penalty:     Cts. 1-7:   Imprisonment for any term of years or for LIFE and/or a fine not to exceed
                         $4,000,000.00 and not more than a 5 yr. SRT

Agency:      Federal Bureau of Investigations - Daniel Delgado - 7A-SA-60912 & 281D-SA-61056

                                    Proceedings
Date