```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         MC ALLEN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 7:08-CR-01751-4 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | McAllen, Texas |
| | ) | |
| JOSE ALFREDO RODRIGUEZ, | ) | Monday, September 14, 2009 |
| | ) | (2:08 p.m. to 2:09 p.m.) |
| Defendant. | ) | |

SENTENCING

BEFORE THE HONORABLE RANDY CRANE,
UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | ROBERT WELLS, JR., ESQ.<br>Assistant United States Attorney<br>1701 W. Business Hwy. 83, Suite 600<br>McAllen, TX 78501 |
| For Defendant: | CARLOS QUINTANA, ESQ.<br>Attorney at Law<br>1548 Dove Avenue<br>McAllen, TX 78504 |
| U.S. Probation Office: | Robert Mills<br>1701 W. Business Hwy. 83, Suite 729<br>McAllen, TX 78501 |
| Court Recorder: | Richard Cortez |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>P.O. Box 18668<br>Corpus Christi, TX 78480-8668<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

EXCEPTIONAL REPORTING SERVICES, INC

2

1 **McAllen, Texas; Monday, September 14, 2009; 2:08 p.m.**

2 (Call to Order)

3 **THE COURT:** Okay. 08-1751-4, USA versus Jose Alfredo
4 Rodriguez.

5 **MR. WELLS:** Government is present and ready.

6 **THE COURT:** Is this case ready to go?

7 **MR. QUINTANA:** May it please the court? I was just
8 discussing this matter with Mr. Rodriguez here, and there's
9 some addendums and things like that that I'd like to review
10 with him.

11 **THE COURT:** Okay. It seems like this case really
12 isn't ready to go. There's a couple of co-defendants. There's
13 still fugitives.

14 I'm going to reset him -- I think to -- don't hold me
15 to this but I believe the other defendants, one of them is set
16 in late and one of them is set in early November. I'm going to
17 move them all to the November date so they're all together. I
18 think it's November 12th but you'll get a written order to that
19 affect.

20 **MR. QUINTANA:** Yes, your Honor.

21 **THE COURT:** And that way they're all together.

22 **MR. QUINTANA:** Okay.

23 **THE COURT:** We'll just sentence them at one time. We
24 can figure out who's more culpable, who's less and -- at one
25 hearing.

3

1    **MR. QUINTANA:** Very good.

2    **THE COURT:** Okay. You'll get a written order. It'll
3 be some time in November with multi-co-defendants in the case.

4    Okay. You're excused at this time.

5    **(Proceeding adjourned at 2:09 p.m.)**

**EXCEPTIONAL REPORTING SERVICES, INC**

CERTIFICATION


I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____     August 7, 2018

TONI HUDSON, TRANSCRIBER

EXCEPTIONAL REPORTING SERVICES, INC